LIPSON NEILSON P.C.
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
(702) 382-1512 - fax
jgreen@lipsonneilson.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CHAPMAN, | Case No.: 2:22-cv-00370-GMN-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT [ECF 1]** |
| CAVALRY SPV I, LLC, | |
| Defendant. | **(First Request)** |

Plaintiff William Chapman, by and through his attorneys, the law firm of KIND LAW, and Defendant Cavalry SPV I, LLC, by and through its attorneys, the law firm of LIPSON NEILSON P.C., agree and stipulate that Defendant may have an additional twenty-one (21) days to file a response to Plaintiff's Complaint [ECF. 1], extending the deadline from March 23, 2022, to and including April 13, 2022.

Pursuant to Local Rule 6-1(b), the parties state the reason for the extension is that counsel requires more time to evaluate and respond to the allegations in Plaintiff's Complaint. The parties have entered into this agreement in good faith and not for purposes of delay. This request will not cause any prejudice to the parties in this matter.

/ / /

/ / /

/ / /

/ / /

- 1 -

*Chapman v.* Cavalry SPV I, LLC
Case No.: 2:22-cv-00370-GMN-VCF

_____

**IT IS SO STIPULATED.**

| DATED this 25th day of March, 2022. | DATED this 25th day of March, 2022. |
|---|---|
| KIND LAW | LIPSON NEILSON P.C. |
| /s/ Michael Kind<br>By:_____<br>  Michael Kind, Esq.<br>  KIND LAW<br>  8860 South Maryland Pkwy<br>  Suite 106<br>  Las Vegas, NV 89123<br>  mk@kindlaw.com<br><br>George Haines, Esq.<br>Gerardo Avalos, Esq.<br>FREEDOM LAW FIRM<br>8985 S. Eastern Ave., Suite 350<br>Las Vegas, NV 89123<br>ghaines@freedomlegalteam.com<br><br>*Attorneys for Plaintiff* | /s/ Jessica A. Green<br>By:_____<br>  JESSICA A. GREEN, ESQ.<br>  Nevada Bar No. 12383<br>  9900 Covington Cross Drive, Suite 120<br>  Las Vegas, Nevada 89144<br>  jgreen@lipsonneilson.com<br><br>*Attorneys for Defendant* |

**ORDER**

Based on the foregoing stipulation of the parties,

**IT IS SO ORDERED.**

Dated: ____3-25-2022_____

_____
UNITED STATES MAGISTRATE JUDGE

Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 – fax (702) 382-1512