LIPSON NEILSON P.C.
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
(702) 382-1512 - fax
jgreen@lipsonneilson.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CHAPMAN,<br><br>          Plaintiff,<br><br>vs.<br><br>CAVALRY SPV I, LLC,<br><br>          Defendant.<br>_____ | Case No.: 2:22-cv-00370-CDS-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT [ECF 1]**<br><br>**(Second Request)** |

Plaintiff William Chapman, by and through his attorneys, the law firm of KIND LAW, and Defendant Cavalry SPV I, LLC, by and through its attorneys, the law firm of LIPSON NEILSON P.C., agree and stipulate as follows:

1.     On March 25, 2022, a Stipulation and Order was entered extending the time for Defendant Cavalry SPV I, LLC, to file a response to Plaintiff's Complaint [ECF 1] from March 23, 2022, to and including April 13, 2022. [ECF 9].

2.     The parties now stipulate and agree that Defendant may have an additional fourteen (14) days to file a response to Plaintiff's Complaint [ECF 1], extending the deadline from April 13, 2022, to and including April 27, 2022.

Pursuant to Local Rule 6-1(b), the parties state the reason for the extension is that counsel requires more time to evaluate and respond to the allegations in Plaintiff's Complaint.  The parties have entered into this agreement in good faith and not for purposes of delay.  This request will not cause any prejudice to the parties in this matter.

*Lipson Neilson P.C.*
*9900 Covington Cross Drive, Suite 120*
*Las Vegas, Nevada 89144*
*(702) 382-1500 – fax (702) 382-1512*

- 1 -

*Chapman v.* Cavalry SPV I, LLC
Case No.: 2:22-cv-00370-CDS-VCF

_____

**IT IS SO STIPULATED.**

| DATED this 13th day of April, 2022. | DATED this 13th day of April, 2022. |
|---|---|
| KIND LAW | LIPSON NEILSON P.C. |
| */s/ Gerado Avalos* | */s/ Jessica A. Green* |
| By:_____ | By:_____ |
| Michael Kind, Esq. | JESSICA A. GREEN, ESQ. |
| KIND LAW | Nevada Bar No. 12383 |
| 8860 South Maryland Pkwy | 9900 Covington Cross Drive, Suite 120 |
| Suite 106 | Las Vegas, Nevada 89144 |
| Las Vegas, NV 89123 | jgreen@lipsonneilson.com |
| mk@kindlaw.com | |
| | *Attorneys for Defendant* |
| George Haines, Esq. | |
| Gerardo Avalos, Esq. | |
| FREEDOM LAW FIRM | |
| 8985 S. Eastern Ave., Suite 350 | |
| Las Vegas, NV 89123 | |
| ghaines@freedomlegalteam.com | |
| | |
| *Attorneys for Plaintiff* | |

**<u>ORDER</u>**

Based on the foregoing stipulation of the parties,

**IT IS SO ORDERED.**

Dated: _____     4-13-2022

_____
UNITED STATES MAGISTRATE JUDGE

Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 – fax (702) 382-1512

- 2 -